ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00133-JLT-SKO |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE; [PROPOSED] ORDER |
| v. | |
| JOEL ALEJANDRO MORANTES LEAL, and ENDIS DANIEL GONZALEZ ORTEGA, | |
| Defendants. | |

The United States of America, by and through Eric Grant, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss the Indictment in this case in the interest of justice.

///
///
///
///
///
///
///
///
///

MOTION TO DISMISS

1

Both defendants in this case are facing criminal charges in the United States District Court for the District of Nebraska for related criminal conduct (*United States v. Alfredo Pinto-Mendoza et al*, Case No. 8:25-cr-190-BCB-RCC).  The United States seeks to dismiss the case in this district, without prejudice, and allow the defendants to face the pending criminal charges in District of Nebraska.

Dated:  September 2, 2025

ERIC GRANT
United States Attorney

By:  /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that the Indictment in this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **September 3, 2025**

UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS

2